No. 7,956.—STATE ex Rel. J. A. BRIDGES, Relator, *v.* DISTRICT COURT et al., Respondents.

Decided June 6, 1939.

PER CURIAM.—This court having heretofore, to-wit, on March 7, 1939, granted an order to show cause why a writ of supervisory control should not issue to review the action of the district court of Gallatin county and the Honorable Benjamin E. Berg, Judge thereof, in refusing to grant a motion to quash service of summons made by defendant in that certain action entitled *J. A. Bridges* v. *Doughnot Corporation of Montana,* and relator having filed a praecipe of dismissal, the cause having been fully settled on the merits, it is ordered that the cause be dismissed.

*Messrs. John G. Brown* and *William A. Brown,* for Relator.